IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JANEE WILLIAMS, individually and on behalf of all similarly-situated persons,<br><br>    Plaintiff,<br><br>v.<br><br>ELLEVEN45 LOUNGE LLC, SOVEREIGN ENTERTAINMENT, INC., and DJIBRIL DAFE<br><br>    Defendants. | Civil Action No. 1:20-cv-02780-LMM<br><br>**JURY TRIAL DEMANDED** |

**JOINT NOTICE OF FILING OF**
**FLSA SETTLEMENT AGREEMENT**

Following the Court's April 6, 2022 Order in this case (Doc. 48), the parties have finalized a settlement agreement, which agreement is attached hereto as Exhibit A. This agreement is identical to the one previously submitted to the Court (Doc. 46-4), except that it now incorporates a payment plan and a consent judgment in the event of a default on the payment plan.

The parties intend to jointly seek approval of this attached agreement at the hearing scheduled on April 14, 2022, for the reasons set forth in Plaintiffs' Motion to Enforce and Approve FLSA Settlement Agreement (Doc. 46, 46-1).

Respectfully submitted, this 7th day of April 2022.

| | |
|---|---|
| */s/ Justin M. Scott* | */s/ Ellaretha Coleman* |
| Justin M. Scott | Ellaretha Coleman |
| Georgia Bar No. 557463 | Georgia Bar No. 404051 |
| Michael D. Forrest | Nishit Patel |
| Georgia Bar No. 974300 | Georgia Bar No. 349610 |
| Scott Employment Law, P.C. | E. Jones & Associates, LLC |
| 160 Clairemont Avenue | 101 Marietta St., NW, Suite 3650 |
| Suite 610 | Atlanta, GA 30303 |
| Decatur, GA 30030 | Telephone: (404) 525-3080 |
| Telephone: 678.780.4880 | Facsimile: (404) 478-8458 |
| Facsimile: 478.575.2590 | ejones@ejoneslaw.com |
| jscott@scottemploymentlaw.com | |
| mforrest@scottemploymentlaw.com | Counsel for Defendants |
| | |
| Counsel for Plaintiffs | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JANEE WILLIAMS, individually and on behalf of all similarly-situated persons,<br><br>    Plaintiff,<br><br>v.<br><br>ELLEVEN45 LOUNGE LLC, SOVEREIGN ENTERTAINMENT, INC., and DJIBRIL DAFE<br><br>    Defendants. | Civil Action No. 1:20-cv-02780-LMM<br><br><br><br>**JURY TRIAL DEMANDED** |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing with the Clerk of Court using the CM/ECF filing system, which will send electronic notification of such filing to all counsel of record.

Respectfully submitted, this 7th day of April 2022.

                                                */s/ Justin M. Scott*
                                                Justin M. Scott
                                                Georgia Bar No. 557463
                                                Michael D. Forrest
                                                Georgia Bar No. 974300
                                                SCOTT EMPLOYMENT LAW, P.C.
                                                160 Clairemont Avenue
                                                Suite 610
                                                Decatur, Georgia 30030

Telephone: 678.780.4880
Facsimile: 478.575.2590
jscott@scottemploymentlaw.com
mforrest@scottemploymentlaw.com

Counsel for Plaintiffs