IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JANEE WILLIAMS, individually and on behalf of all similarly situated persons, | : : : : | |
| Plaintiff, | : : | |
| v. | : : | CIVIL ACTION NO. 1:20-cv-02780-LMM |
| ELLEVEN45 LOUNGE LLC, *et al.,* | : : : | |
| Defendants. | : | |

## **ORDER**

Having held a telephonic conference on April 14, 2022, the Court hereby **GRANTS** Plaintiffs' Motion to Approve Settlement Agreement. Dkt. [46]. This Case is **ADMINISTRATIVELY CLOSED** and will be permanently closed with the Court signing the Consent Final Judgment Against Defendants once the executed version is filed with the Court.

**IT IS SO ORDERED** this 14th day of April, 2022.

**Leigh Martin May**
**United States District Judge**