IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JANEE WILLIAMS, individually and on behalf of all similarly situated persons,<br><br>  Plaintiff,<br><br>v.<br><br>ELLEVEN45 LOUNGE LLC, SOVEREIGN ENTERTAINMENT, INC. and DJIBRIL DAFE,<br><br>  Defendants. | Civil Action No. 1:20-cv-02780-LMM<br><br>JURY TRIAL DEMANDED |

## CONSENT FINAL JUDGMENT AGAINST DEFENDANTS

THIS CONSENT FINAL JUDGMENT is entered upon stipulation between Named Plaintiff Janee Williams and Opt-in Plaintiff Jazmine Gonzalez (collectively, "Plaintiffs") and Defendants Elleven45 Lounge LLC ("Elleven45"), Sovereign Entertainment, Inc. ("Sovereign"), and Djibril Dafe (collectively with Elleven45 and Sovereign, "Defendants," and collectively with Plaintiffs, the "Parties"), who have consented in writing to the terms and relief provided by this Consent Final Judgment.

By express written consent of the aforementioned Defendants, it is hereby **ORDERED** and **ADJUDGED** as follows:

1

1. This Court has jurisdiction over the subject matter of this action. Similarly, the Court has personal jurisdiction over the Defendants.

2. Defendants agree to this Consent Final Judgment, by their own free and voluntary act, and with full knowledge and understanding of the nature of the proceedings and the obligations and duties imposed upon them by this Consent Final Judgment.

3. Defendants have, by their signatures below, waived any right to add, alter, amend, appeal, or move to reargue or rehear or be heard in connection with any judicial proceeding upon this Consent Final Judgment and any and all challenges in law or equity to the entry of the Consent Final Judgment by any court. If the Court elects to hold any hearing on this Consent Final Judgment, Defendants agree to support the Consent Final Judgment and its terms at any such hearing for approval.

4. Defendants acknowledge that they have read this Consent Final Judgment, and they are aware of their right to a trial in this matter (including trial by jury) and have knowingly and voluntarily waived that right.

5. Defendants represent and warrant that they are the proper parties to this Consent Final Judgment.

6. Defendants represent and warrant that the signatories to this Consent Final Judgment have authority to act for and bind Defendants.

7.   Pursuant to this Consent Final Judgment, Plaintiffs shall be entitled to recover from Defendants the sum of Ninety-One Thousand Dollars and No Cents ($91,000.00), minus the total of any payments that have already been paid to Plaintiffs pursuant to the Settlement Agreement entered into between the Parties as of ___April 7, 2022_____ (the "Agreement"), which sum equals, following such payments, the amount of __$91,000.00_____.

### ELLEVEN45 LOUNGE LLC'S CONSENT BY CORPORATE REPRESENTATIVE

I, Djibril Dafe, am authorized by Elleven45 Lounge LLC to hereby consent to entry of the Final Judgment, as set forth above.

*Djibril dafe (Apr 12, 2022 00:11 EDT)*
Djibril Dafe
Corporate Representative of:
Elleven45 Lounge LLC

### SOVEREIGN ENTERTAINMENT, INC.'S CONSENT BY CORPORATE REPRESENTATIVE

I, Djibril Dafe, am authorized by Sovereign Entertainment, Inc. to hereby consent to entry of the Final Judgment, as set forth above.

*Djibril dafe (Apr 12, 2022 00:11 EDT)*
Djibril Dafe
Corporate Representative of:
Sovereign Entertainment, Inc.

## **DJIBRIL DAFE'S CONSENT**

I, Djibril Dafe, hereby consent to entry of the Final Judgment, as set forth above.

_____
Djibril dafe (Apr 12, 2022 00:11 EDT)
Djibril Dafe

It is so **ORDERED**, this  12th  day of             May, 2022            .

_____
LEIGH MARTIN MAY
UNITED STATES DISTRICT JUDGE